IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Civil Action No. 2:10-0498

SHIDA S. JAMIE, JAMES S. "JIMMY" JAMIE,
AND GOLDEN HEART IN HOME CARE, LLC,

    Defendants.

## TEMPORARY RESTRAINING ORDER

This matter came before the Court on consideration of the United States Motion for Temporary Restraining Order and Preliminary Injunction. Upon full and careful consideration, the Court does hereby find that a Temporary Restraining Order should, and hereby does issue pursuant to 18 U.S.C. § 1345.

The Court further finds that:

1. Probable cause exists to conclude that defendants have committed and are likely to continue to commit Federal health care offenses as defined by 18 U.S.C. § 24, and that said offenses are predicates for injunctive relief under 18 U.S.C. § 1345;

2. Defendants have alienated and disposed of property obtained as a result of such offenses or traceable to such offenses;

3. Irreparable harm exists given the statutory authority under which this relief is sought and the supporting allegations made by the United States;

**THEREFORE**, at 4:33 o'clock p.m., on this 19th day of April 2010, this Court issues a Temporary Restraining Order enjoining and prohibiting Shida S. Jamie, James S. "Jimmy" Jamie, and Golden Heart In Home Care, LLC:

1. From the commission of Federal health care offenses, including but not limited to the submission of false and fraudulent claims to West Virginia Medicaid for services purportedly rendered to members after their death; services not rendered; services rendered by homemakers who are disqualified based on their criminal histories; services rendered by homemakers who have not received mandatory minimal training; and services rendered by homemakers without valid certification and/or licenses.

2. Individually and through their agents (including family members, financial institutions and other entities having possession or control of his assets, officers, employees and all persons in active concert or participating with their affairs):

 a. From accepting, transferring, alienating, encumbering and/or disposing of, or otherwise taking any action with respect to monies received as a result of the fraudulent scheme;

 b. From withdrawing or transferring any money or sums presently deposited, or held on behalf of Shida S. Jamie, James S. "Jimmy" Jamie and Golden Heart In Home Care, LLC by any financial

institution, trust fund, brokerage agency or other financial agency, public or private;

    c.    From transferring, selling, assigning, dissipating, concealing, encumbering, impairing, or otherwise disposing of, in any manner, cash, checks, or other assets in real or personal property, owned, gained or acquired by them, except as authorized by the Court; and

    d.    Preventing financial institutions, brokers, agents, family members, and/or other entities having possession or control of their assets from disposing of or transferring such assets from the time of service on them of a copy of the Temporary Restraining Order.

This Temporary Restraining Order will expire at 9:30 a.m. on the 6th day of May, 2010 and a hearing on the United States Motion for Preliminary Injunction is set for the 6th day of May 2010, at 9:30 a.m. o'clock, in Room 6600 of the United States Courthouse, 300 Virginia Street East, Charleston, West Virginia 25301.

This order shall be considered served based upon actual notice, whether by telephone, facsimile, mail or other means.

IT IS SO ORDERED this 19th day of April, 2010.

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE